FORTY-SEVENTH & CICERO CURRENCY EXCHANGE, INC., Plaintiff-Appellee, *v.* C. AUSTIN MONTGOMERY, Director of Financial Institutions, *et al.,* Defendants-Appellants.

(No. 57997; ▮▮▮▮▮▮▮▮)

First District (2nd Division)—March 20, 1974.

PER CURIAM.
DOWNING, J., took no part.

Duffy and Jordan and Sheldon Goldman, both of Chicago, for appellant Thillens, Inc.

Carey, Filter & White, of Chicago (Edward M. White, of counsel), for appellee.